UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL WARD,

    Plaintiff,

vs.

Case No. 12-CV-14875
HON. GEORGE CARAM STEEH

JIM LUCKEY,

    Defendant.
_____/

### ORDER DIRECTING PLAINTIFF TO FILE AMENDED AFFIDAVIT AND SIGNED AUTHORIZATION TO WITHDRAW FUNDS

Pro se prisoner Nathaniel Ward brought this civil rights action pursuant to 42 U.S.C. § 1983, alleging that the prison librarian retaliated against him for filing a grievance and denied him access to the prison library. This court granted defendant's motion for summary judgment and dismissed the action without prejudice based on Ward's failure to exhaust his administrative remedies. Now before the court is Ward's motion to proceed on appeal in forma pauperis. A party seeking to proceed in forma pauperis must file an affidavit setting forth the grounds for his appeal so that the court may determine if the appeal is taken in good faith. 28 U.S.C. § 1915(a)(3). In this case, Ward has failed to identify the nature of his appeal in his affidavit as required.

Accordingly, Ward is hereby ORDERED to file an amended affidavit setting forth the nature of the appeal on or before December 7, 2013.

Moreover, even if this court grants Ward in forma pauperis status, he is still required to pay the full filing fee of $455.00 for his appeal by way of an installment plan which

deducts payment from his prison account pursuant to § 1915(b).  Thus, Ward is required to submit an authorization to withdraw funds from his prison account.  Accordingly, Ward is hereby ORDERED to complete and return to the court on or before December 7, 2013, the Application for Prisoner to Proceed Without Prepayment of Fees or Costs, a copy of which is enclosed herewith.

**IT IS SO ORDERED.**

Dated:  November 7, 2013

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Nathaniel Ward #240660, Central Michigan Correctional Facility, 320 N. Hubbard, St. Louis, MI 48880, on November 7, 2013, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk

---